MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
DANIELLE CARTER, Special Assistant United States Attorney (CA #319442)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT   84111-2176
Telephone:   (801) 524-5682   •   Facsimile:   (801) 524-3399

FILED
2026 MAY 21
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **INFORMATION** |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| JOSE DE JESUS SANCHEZ-RAMIREZ, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 1:26−cr−00030<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 5/21/2026<br>Description: USA v Sanchez−Ramirez |

The United States Attorney charges:

COUNT I

On or about May 20, 2026, in the District of Utah,

JOSE DE JESUS SANCHEZ-RAMIREZ,

the defendant herein, an alien who on or about December 18, 2008, was excluded,

removed, and deported from the United States, did knowingly reenter and was found in

the United States in the District of Utah, having not obtained the consent of the Secretary

of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 21st day of May, 2026.


MELISSA HOLYOAK
First Assistant United States Attorney


FOR: _____

DANIELLE CARTER
Special Assistant United States Attorney